AUSA Gardner

United States Courts
Southern District of Texas
FILED

*May 03, 2023*

Nathan Ochsner, Clerk of Court

# United States District Court

For the Western District of Texas
Austin Division

**FILED**

April 12, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **LRT** _____
DEPUTY

| United States of America, | § | |
|---|---|---|
| | § | |
| v. | § | |
| | § | Case Number: **1:23-MJ-00211-SH** |
| **Wilfredo Zaragoza-Vasquez** | § | |
| **Aka; Wilfrido Zaragoza, Jorge Leon** | § | |
| **Castro, Wilfrido Vasquez-Zaragoza,** | § | **4:23-mj-926** |
| **Vilfredo Leon Zaragoza-Vazquez,** | | |
| **Wilfredo Zaragoza-Vazquez & Wilfrido** | | |
| **Zaragoza-Vazquez** | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **June 4, 2021**, in the county of **Travis**, in the Western District of Texas, the defendant, **Wilfredo Zaragoza-Vasquez**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **June 4, 2021**, the defendant, an alien, was found in the Travis County jail, Austin, Texas, within the Western District of Texas. A deportation officer lodged a detainer after interviewing the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Mexico** on or about **September 2, 2015**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____
Signature of Complainant (E. Mathis)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me
pursuant to Fed. R. Crim P. 4.1 and 4(d)

**April 12, 2023**
_____   at
Date

Austin, Texas
_____
City and State

Susan Hightower
United States Magistrate Judge
_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer